SUSAN E. SEAGER (SBN No. 204824)
  susanseager@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile:  (213) 633-6899

STEPHEN M. RUMMAGE (*pro hac vice*)
  steverummage@dwt.com
DAVIS WRIGHT TREMAINE LLP
2600 Century Square
1501 Fourth Avenue
Seattle, Washington  98101-1688
Telephone: (206) 628-7755
Facsimile (206) 903-3955

Attorneys for Defendants/Cross-Defendants
GETTY IMAGES, INC., and
LAM DESIGN ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DORSI BONNER,<br><br>            Plaintiff,<br><br>    vs.<br><br>FUJI PHOTO FILM U.S.A., INC., and DOES 1 to 100,<br><br>            Defendants. | Case No. C 06-04374 CRB<br><br>**[PROPOSED]** ORDER TO EXTEND TIME FOR PARTIES TO RESPOND TO FUJI PHOTO FILM U.S.A., INC.'S CROSS-COMPLAINT<br><br>Ctrm:  8<br>Judge:  Hon. Charles R. Breyer |

1
PROPOSED ORDER TO EXTEND TIME TO RESPOND TO FUJI CROSS-COMPLAINT
LAX 329929v2 53349-48

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  GOOD CAUSE APPEARING THEREFOR in the Stipulation of Parties to Fuji Photo Film U.S.A., Inc.'s Cross-Complaint to Extend Time for Responses to Cross-Complaint, which was efiled with this Court on September 1, 2006,

IT IS HEREBY ORDERED THAT the that the deadline for the parties to file and serve responses to the Fuji Photo Film U.S.A., Inc.'s Cross-Complaint shall be continued to 30 days after this Court has entered an order or orders deciding both the pending Defendants' Motion to Dismiss Plaintiff's Complaint and Plaintiff Dorsi Bonner's Motion to Remand.

IT IS SO ORDERED.

DATED: _September 8, 2006_____          _____
                                          Hon. Charles R. Breyer
                                          United States District Judge



2

PROPOSED ORDER TO EXTEND TIME TO RESPOND TO FUJI CROSS-COMPLAINT
LAX 329929v2 53349-48

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899