CHARLES A. BONNER, SB #85413
REED E. HARVEY, SB #161318
LAW OFFICES OF CHARLES A. BONNER
1913 Bridgeway
Sausalito, California 94965
Telephone: (415) 331-3070
Facsimile:  (415) 331-2738
Attorneys for Plaintiff DORSI BONNER

STEPHEN M. RUMMAGE (*pro hac vice*)
  steverummage@dwt.com
SUSAN E. SEAGER (SBN No. 204824)
  susanseager@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile:  (213) 633-6899

Attorneys for Defendants/Cross-Defendants
GETTY IMAGES, INC., and
LAM DESIGN ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DORSI BONNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FUJI PHOTO FILM U.S.A., INC., and DOES 1 to 100,<br><br>　　　　Defendants. | Case No. C 06-04374 CRB<br><br>**[PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND PLAINTIFF'S MOTIONS TO REMAND AND JOIN ADDITIONAL PARTIES TO OCTOBER 27, 2006**<br><br>Ctrm:　8<br>Judge:　Hon. Charles R. Breyer |

([PROPOSED] is struck through.)

1

PROPOSED ORDER TO CONTINUE HEARING ON MOTS TO DISMISS, REMAND, JOIN PARTIES
LAX 329949v2 53349-48

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

GOOD CAUSE APPEARING THEREFOR in the Notice of Stipulated Continuance of Hearing of Argument to October 27, 2006, which was efiled with this Court on September 1, 2006,

IT IS HEREBY ORDERED THAT this Court's hearing on the following motions, currently scheduled on October 6, 2006, shall be continued to **October 27, 2006**:

1. Defendant Menuez's Motion to Dismiss Plaintiff's Complaint, in which Defendants Getty Images, Inc., LAM Design Associates, Inc., and Fuji Photo Film U.S.A., Inc., have joined.

2. Plaintiff Dorsi Bonner's Motion to Remand.

3. Plaintiff Dorsi Bonner's Motion to Join Additional Defendants.

IT IS SO ORDERED.

DATED: September 8, 2006



Hon. Charles R. Breyer
United States District Judge

PROPOSED ORDER TO CONTINUE HEARING ON MOTS TO DISMISS, REMAND, JOIN PARTIES
LAX 329949v2 53349-48

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899