SUSAN E. SEAGER (SBN No. 204824)
  susanseager@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile:  (213) 633-6899

STEPHEN M. RUMMAGE (*pro hac vice*)
  steverummage@dwt.com
DAVIS WRIGHT TREMAINE LLP
2600 Century Square
1501 Fourth Avenue
Seattle, Washington  98101-1688
Telephone: (206) 628-7755
Facsimile (206) 903-3955

Attorneys for Defendants/Cross-Defendants
GETTY IMAGES, INC., and
LAM DESIGN ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DORSI BONNER,<br><br>             Plaintiff,<br><br>     vs.<br><br>FUJI PHOTO FILM U.S.A., INC., and DOES 1 to 100,<br><br>             Defendants. | Case No. C 06-04374 CRB<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION OF SUSAN E. SEAGER; [PROPOSED] ORDER**<br><br>Ctrm:  8<br>Judge:  Hon. Charles R. Breyer<br><br>[L.R. 6-2(b)] |

Plaintiff Dorsi Bonner, Defendant/Cross-Complainant Fuji Photo Film U.S.A., Inc., and Defendants/Cross-Defendants LAM Design Associates, Inc., Getty Images, Inc., and Douglas Menuez, comprising all parties to Bonner's Complaint and Cross-Complaint filed by Fuji Photo Film U.S.A., Inc. (collectively, the "Parties"), hereby stipulate to the following:

1

STIP. REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
LAX 329576v3 53349-48

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1. At the request of the Parties, this Court issued an order on September 8, 2006, continuing the hearing on the following motions to October 27, 2006:

    (a) Defendant Menuez's Motion to Dismiss;

    (b) Plaintiff Bonner's Motion to Remand; and

    (c) Plaintiff Bonner's Motion to Join Additional Defendants.

2. This Court had previously scheduled the Initial Case Management Conference on October 20, 2006 in its Order Setting Initial Case Management Conference and ADR Deadlines, which was filed on July 17, 2006.

3. If this Court grants either the Motion to Remand or Motion to Dismiss, the Case Management Conference will not be necessary.

**NOW THEREFORE THE PARTIES HEREBY STIPULATE AND REQUEST** that this Court issue an order continuing the Initial Case Management Conference to 30 days after the Court has entered an order or orders deciding both the Motion to Dismiss and the Motion to Remand, described in Paragraph 1, above, and issue an order vacating all dates related to the Initial Case Management Conference.

DATED: September 20, 2006

DAVIS WRIGHT TREMAINE LLP
STEPHEN M. RUMMAGE (*pro hac vice*)
SUSAN E. SEAGER

By: /s/
    Susan E. Seager

Attorneys for Defendants/Cross-Defendants GETTY IMAGES, INC. and LAM DESIGN ASSOCIATES, INC.

2

STIP. REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
LAX 329576v3 53349-48

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | | |
|---|---|---|
| 1 | DATED: September 20, 2006 | THE SONI LAW FIRM |
| 2 | | SURJIT P. SONI |
| 3 | | By: _____/s/_____ |
| 4 | | Surjit P. Soni |
| 5 | | Attorneys for Defendant/Cross-Defendant |
| 6 | | DOUGLAS MENUEZ |
| 7 | | |
| 8 | DATED: September 20, 2006 | PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP |
| 9 | | ELLEN M. BENDER |
| 10 | | |
| 11 | | By: _____/s/_____ |
| | | Ellen M. Bender |
| 12 | | |
| 13 | | Attorneys for Defendants/Cross-Complainants FUJI PHOTO FILM U.S.A., INC. |
| 14 | | |
| 15 | | |
| 16 | DATED: September 20, 2006 | LAW OFFICES OF CHARLES A. BONNER |
| | | CHARLES A. BONNER |
| 17 | | |
| 18 | | By: _____/s/_____ |
| | | Charles A. Bonner |
| 19 | | |
| 20 | | Attorneys for Plaintiff DORSI BONNER |

3

STIP. REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
LAX 329576v3 53349-48

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  I hereby attest that I, Susan E. Seager, have on file all holograph signatures for
2  any signatures indicated by a "conformed" signature (/S/) within the Stipulated
3  Request for Order Continuing the Initial Case Management Conference; Declaration
4  of Susan E. Seager; [Proposed] Order.

5  DATED:  September 20, 2006          DAVIS WRIGHT TREMAINE LLP
                                        Stephen M. Rummage (*pro hac vice*)
6                                       Susan E. Seager

7

8                                       By:            /s/
9                                              Susan E. Seager

10                                      Attorneys for Defendants/Cross-Defendants
                                        GETTY IMAGES, INC. and
11                                      LAM DESIGN ASSOCIATES, INC.

4

STIP. REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
LAX 329576v3 53349-48

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  **[PROPOSED] ORDER**

2  **PURSUANT TO STIPULATION, IT IS ORDERED THAT** the Initial Case
3  Management Conference, currently scheduled on October 20, 2006, is continued to
4  30 days after the Court has entered an order or orders deciding both
5  Defendant/Cross-Defendant Douglas Menuez's Motion to Dismiss and Plaintiff
6  Dorsi Bonner's Motion to Remand.  All the deadlines related to the Initial Case
7  Management Conference, as outlined in this Court's July 17, 2006 Order Setting
8  Initial Case Management Conference and ADR Deadlines, are vacated and will be
9  rescheduled when this Court files a new Order Setting Initial Case Management
10 Conference.

11 **IT IS SO ORDERED**.

13 DATED:  September 21, 2006



Hon. Ch[arles R. Breyer]
United [States District Judge]

1
STIP. REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
LAX 329576v3 53349-48

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899