IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORSI BONNER, | No. C 06-04374 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FUJI PHOTO FILM, et al., | |
| Defendants. / | |

The Court having granted defendants' motion for summary judgment, judgment is entered in favor of defendants and against plaintiff Dorsi Bonner.

**IT IS SO ORDERED.**

Dated: October 26, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE