IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORSI BONNER, | No. C 06-04374 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| FUJI PHOTO FILM, | |
| Defendant. / | |

The word "(DENY)" on line eleven of the fourth page of this Court's order dated October 26, 2007 is hereby stricken.

**IT IS SO ORDERED.**

Dated: November 15, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE