Ellen M. Bender, Esq. (SBN# 116987)
PACHULSKI STANG ZIEHL
& JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile: 310-201-0760

Attorneys for Defendant / Cross-Complainant, FUJIFILM U.S.A., Inc.
(f.k.a. Fuji Photo Film U.S.A., Inc.)

ELECTRONICALLY FILED
ON JANUARY 23, 2008

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DORSI BONNER,<br><br>    Plaintiff,<br><br>vs.<br><br>FUJI PHOTO FILM U.S.A., INC. and DOES 1 to 100,<br><br>    Defendants.<br><hr><br>FUJI PHOTO FILM U.S.A., INC.,<br><br>    Cross-Complainant,<br>v.<br><br>LAM DESIGN ASSOCIATES, INC., a New York corporation; GETTY IMAGES, INC., a Delaware corporation; and DOUGLAS MENUEZ, an individual; and ROES 1 through 100,<br><br>    Cross-Defendants. | Case No.: C 06-04374 CRB<br><br>**STIPULATION TO CONTINUE HEARING ON MOTIONS FOR ATTORNEYS' FEES**<br><br><br><br><br>OLD DATE: January 25, 2008<br><br>NEW DATE: MARCH 7, 2008<br>TIME:    10:00 a.m.<br>CTRM:   8<br>JUDGE: Hon. Charles R. Breyer<br><br>F.R.C.P. Rule 54(d) |

  Defendant / Cross-Complainant FUJIFILM U.S.A., INC. (f.k.a. Fuji Photo Film U.S.A., Inc.) ("Fuji"), Defendants LAM DESIGN ASSOCIATES, INC. ("LAM"), GETTY IMAGES, INC. ("Getty Images") and DOUGLAS MENUEZ ("Menuez"), and Plaintiff DORSI BONNER ("Bonner"), hereby stipulate as follows:

| | |
|---|---|
| 1 | WHEREAS, on January 16, 2008, the Court continued the hearing on the *Motions for Attorneys' Fees* previously set for January 25, 2008 to February 1, 2008; |
| 3 | WHEREAS, all briefing for the *Motions for Attorneys' Fees* has been filed and served; |
| 5 | WHEREAS, counsel for Fuji has orally advised the Court that she will be unavailable on February 1, 2008 due to a prior scheduling conflict; |
| 7 | WHEREAS, counsel for all of the interested parties have agreed to a further continuance of the *Motions for Attorneys' Fees* to and until March 7, 2008, and the Clerk of the Court has advised counsel for Fuji that such date is currently available to reschedule said hearing; |
| 11 | IT IS HEREBY STIPULATED that hearing on the *Motions for Attorneys' Fees* may be further continued to and until March 7, 2008 at 10:00 a.m. |

Dated: January 23, 2008    PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ *Ellen M. Bender*
Ellen M. Bender
Attorney for Defendant / Cross-Complainant, FUJIFILM U.S.A., Inc.
(f.k.a. Fuji Photo Film U.S.A., Inc.)

Dated: January 23, 2008    LAW OFFICES OF CHARLES A. BONNER

By  /s/ *A. Cabral Bonner*
A. Cabral Bonner
A. Catherine Lagarde
Attorney for Plaintiff, DORSI BONNER

[signatures cont'd on next page]

Signed: January 24, 2008

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Dated: January 23, 2008 | DAVIS WRIGHT TREMAINE LLP | |

By  */s/ Sam N. Dawood*
Stephen M. Rummage
Sam N. Dawood
Attorneys for Cross-Defendants,
GETTY IMAGES, INC. and LAM
DESIGN ASSOCIATES, INC.

Dated: January 23, 2008        THE SONI LAW FIRM

By  */s/ Surjit P. Soni*
Surjit P. Soni
Attorney for Cross-Defendant,
DOUGLAS MENUEZ